1

F. PHILLIP HOSP V, CA Bar No. 265225
   phosp@foley.com
TROY S. TESSEM, CA Bar No. 329967
   ttessem@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

*Attorneys for Defendant Oleg Firer*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. DERIVATIVE LITIGATION | Case No. 2:22-cv-05336-DMG-AGR<br><br>**SUPPLEMENTAL DECLARATION OF F. PHILLIP HOSP IN SUPPORT OF DEFENDANT OLEG FIRER'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER SERVICE**<br><br>*[Filed concurrently with Reply Brief]*<br><br>Date:      December 8, 2023<br>Time:      9:30 AM<br>Court:    Courtroom 8C<br>Judge:   Honorable Dolly M. Gee<br><br>Consolidated Action<br>Complaint Filed: August 1, 2022 |

## DECLARATION OF F. PHILLIP HOSP

I, F. Phillip Hosp V, declare as follows:

1.     I am an attorney admitted to practice law before this Court.  I am a Partner with the law firm of Foley & Lardner LLP and specially appearing for defendant Oleg Firer in this action.  I provide this declaration in support of Defendant Oleg Firer's Reply in Support of Motion to Dismiss for Improper Service ("Motion").  If called upon as a witness, I could and would testify competently and under oath to the following facts.

2.     On October 24, 2023, my colleague, Troy S. Tessem, and I telephonically met and conferred with Plaintiffs' counsel concerning Ambassador Firer's Motion.

3.     During our meet and confer, I explained to Plaintiffs' counsel that Ambassador Firer resided in the United Arab Emirates ("UAE") at the time of service and that Plaintiffs were required to serve Ambassador Firer pursuant to Federal Rule of Civil Procedure 4(f).

4.     In addition, I stated that Ambassador Firer did not maintain a private mailbox or virtual office at 3363 NE 163rd Street, North Miami Beach, Florida 33160 (the "Address") at the time he was purportedly served. I further explained that Ambassador Firer's only connection to the Address was through his employment at Net Element, which concluded when Net Element merged with Mullen Technologies (as defined in the Motion).

5.     After explaining all the facts discussed in the Motion, I informed Plaintiffs' counsel that Ambassador Firer intended to file a motion to dismiss, and that the motion would be supported by a declaration attesting to these facts.

6.     Based on the foregoing information, I requested that Plaintiffs' counsel withdraw the pending request for entry of default. Plaintiffs' counsel refused to do so and, other than the proof of service, did not explain why they believed service was proper.  They did not mention any investigation concerning Ambassador Firer's residence prior to the alleged service on December 2, 2022, or why they believed that the Address

1  was the "only address" for Ambassador Firer that was "discoverable through public

2  records," as required by Florida Statute § 48.031(6)(a).

3       7.    During my call with Plaintiffs' counsel, Mr. Rosen repeated his position that

4  Plaintiffs would consider withdrawing the request for entry of default if Ambassador

5  Firer provided a declaration. I explained that this offer was not workable because the

6  Clerk was likely to enter default in short order. Plaintiffs' counsel did not disagree with

7  this assessment or offer to call the Clerk to request that the Clerk delay entry of default

8  while they considered the facts contained in Ambassador Firer's declaration.

9       8.    Ultimately, Plaintiffs' counsel and I agreed that Ambassador Firer should

10  file a Motion and the supporting declaration.

11       I declare under penalty of perjury under the laws of the United States of America

12  and the State of California that the foregoing is true and correct.  Executed on this 22nd

13  day of November 2023 in Los Angeles, California.

14

15                        */s/ F. Phillip Hosp V*
                      F. Phillip Hosp V

16

17

18

19

20

21

22

23

24

25

26

27

28