Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-05336-DMG-(AGRx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CONSOLIDATED DERIVATIVE ACTION**<br><br>Date: October 11, 2024<br>Time: 9:30 a.m.<br>Courtroom: 8C, 8th Floor<br>Judge: Honorable Dolly M. Gee |

1

PLEASE TAKE NOTICE that on October 11, 2024, at 9:30 a.m., or at such other date and time as ordered by the Court, Plaintiffs Jeff Witt, Joseph Birbigalia, and Hany Morsy (collectively, "Plaintiffs") in the above-captioned shareholder derivative action (the "Consolidated Derivative Action") will move before the Honorable Dolly M. Gee, Chief Judge of the United States District Court for the Central District of California, in Courtroom 8C, 350 West 1st Street, Los Angeles, CA, 90012, for Preliminary Approval of the Settlement of the Consolidated Derivative Action pursuant to Fed. R. Civ. P. 23.1(c) as set forth in the Stipulation and Agreement of Settlement (the "Stipulation").[1]

In support of this motion, Plaintiffs rely upon the Stipulation and all exhibits appended thereto, the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval of Settlement of Consolidated Derivative Action, and the Declaration of Gregory M. Egleston, together with its exhibits, and any argument offered at a hearing on this motion.

Pursuant to Local Rule 7-3, Plaintiffs' Counsel have conferred with Defendants' Counsel who do not oppose the relief requested in this motion. As such, the Settling Parties' agreed-upon form [Proposed] Order Preliminarily Approving Settlement of Consolidated Derivative Action and Providing for Notice ("Preliminary Approval Order") is attached as Exhibit A to the Stipulation and submitted herewith for the Court's convenience.

Plaintiffs respectfully request that the Court calendar a date for the final Settlement Hearing at least sixty (60) days after entry of the Preliminary Approval Order, at a date that is convenient for the Court.

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation, dated August 21, 2024, submitted herewith.

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A**. |
| | */s/ Erica L. Stone* |
| | Laurence M. Rosen (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | Erica L. Stone (*pro hac vice*) |
| | Phillip Kim |
| | 275 Madison Avenue, 40th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 686-1060 |
| | Facsimile: (212) 202-3827 |
| | Email: estone@rosenlegal.com |
| | Email: philkim@rosenlegal.com |
| | |
| | **GAINEY McKENNA & EGLESTON** |
| | Thomas J. McKenna |
| | Gregory M. Egleston (*pro hac vice* forthcoming) |
| | 260 Madison Avenue, 22nd Floor |
| | New York, NY 10016 |
| | Telephone: (212) 983-1300 |
| | Facsimile: (212) 983-0383 |
| | Email: tjmckenna@gme-law.com |
| | Email: gegleston@gme-law.com |
| | |
| | *Co-Lead Counsel for Plaintiffs* |
| | |
| | **MAGNANIMO DEAN LAW, APC** |
| | Lauren A. Dean, Bar No. 174722 |
| | 5850 Canoga Avenue, Suite 400 |
| | Woodland Hills, CA 91367 |
| | Telephone: (818) 305-3450 |

Facsimile: (818) 305-3451
Email: Lauren@MagDeanLaw.com

*Counsel for Plaintiffs Jeff Witt and Joseph Birbiglia*

4

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CONSOLIDATED DERIVATIVE ACTION; Case No. 2:22-cv-05336-DMG-(AGRx)

## CERTIFICATE OF SERVICE

I, Erica L. Stone, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 9, 2024, I electronically filed the following **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CONSOLIDATED DERIVATIVE ACTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 9, 2024.

> */s/ Erica L. Stone*
> Erica L. Stone