Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE MULLEN AUTOMOTIVE, INC. DERIVATIVE LITIGATION | Lead Case No. 2:22-cv-05336-DMG-(AGRx) <br><br> **NOTICE OF LODGING** |
|---|---|
| This Document Relates to: <br><br> ALL ACTIONS | Date: January 24, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 8C, 8th Floor <br> Judge: Honorable Dolly M. Gee |

Plaintiffs Jeff Witt, Joseph Birbigalia, and Hany Morsy (collectively, "Plaintiffs") hereby lodge the following before the Court:[1]

1. Pursuant to paragraph 11 of the Order Preliminarily Approving Settlement of Consolidated Derivative Action and Providing for Notice ("Preliminary Approval Order") (ECF No. 45), Plaintiffs were ordered to "file any written objections with the Court." Preliminary Approval Order at ¶11.[2] As instructed in the Preliminary Approval Order, the Notice of Proposed Settlement ("Long-Form Notice") at 15-17, and the Summary Notice, objections to the Settlement were to be mailed to Plaintiffs' Counsel and Defendants' Counsel by January 3, 2025.[3]

Plaintiffs hereby lodge an email, with attachments, that Plaintiffs' Counsel received on January 3, 2025 from a purported Mullen shareholder, Gustavo Matthew Assuncao. Plaintiffs promptly provided a copy of this purported objection to Defendants' Counsel. The Parties respectively submit that this is not a valid objection and thus should be overruled. Mr. Assuncao's purported objection should be rejected as it did not comply with the procedure outlined in the Preliminary Approval Order, Long-Form Notice, and Summary Notice, including: (i) it was not mailed to all counsel listed in the Preliminary Approval Order and Long-Form Notice; (ii) despite providing

---

[1] Unless otherwise noted, all capitalized terms herein shall have the same meaning as set forth in the Stipulation and Agreement of Settlement ("Stipulation") (ECF No. 31).

[2] Also in accordance with the Preliminary Approval Order at ¶10, Plaintiffs' Counsel timely caused the Motion for Final Approval of Settlement and Fee and Expense Amount to be posted on their respective websites. Plaintiffs lodge screenshots of their websites showing these posts.

[3] On January 6, 2025, Mullen Automotive, Inc. ("Mullen") timely complied with ¶6 of the Preliminary Approval Order by filing the Declaration of Brian P. Miller Regarding Notice Publication (ECF No. 51). The Miller Declaration detailed the notice program Mullen undertook and provided links to the Long-Form Notice on Mullen's website and to Mullen's Form 8-K filed with the U.S. Securities and Exchange Commission as well as attached the Summary Notice as published in *Investor's Business Daily*. (ECF No. 51-1). Plaintiffs hereby lodge the Long-Form Notice disseminated to Mullen shareholders and the Summary Notice as it appeared on *PRNewswire.*

screenshots of an account with Mullen stock, this documentation does not show that this is Mr. Assuncao's account holdings as the screenshots lack identifying information; and (iii) he failed to provide copies of the papers he intends to submit at the Settlement Hearing that he describes as "Copies of, website records, fraudulent companies fabricated and stock activity will be presented at the time in court". Further, based on his submission, Mr. Assuncao does not raise any specifics concerns with the Settlement including any inadequacy or unreasonableness of the Corporate Governance Enhancements, the Fee and Expense Amount, or the Service Awards. As such, the Parties respectfully request that even if the Court believes Mr. Assuncao's objection should be considered by this Court (over the Parties' objection), that it be substantively overruled.

2.    Plaintiffs hereby lodge the [Proposed] Order Approving Final Settlement of Consolidated Derivative Action (the "District Court Approval Order"). The District Court Approval Order was agreed-to by the Parties and submitted as Exhibit D to the Stipulation. (ECF No. 31, at Page ID #:431– 436).

3.    Plaintiffs hereby lodge the [Proposed] Final Judgment. The [Proposed] Final Judgment was agreed-to by the Parties and submitted as Exhibit E to the Stipulation. (ECF No. 31, at Page ID #:438 – 439).

Dated: January 10, 2025               Respectfully submitted,

**THE ROSEN LAW FIRM, P.A**.

*/s/ Erica L. Stone*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Erica L. Stone (*pro hac vice*)
Phillip Kim

2

275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com
Email: philkim@rosenlegal.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston (*pro hac vice* forthcoming)
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

**MAGNANIMO DEAN LAW, APC**
Lauren A. Dean, Bar No. 174722
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 305-3450
Facsimile: (818) 305-3451
Email: Lauren@MagDeanLaw.com

*Counsel for Plaintiffs Jeff Witt and Joseph Birbiglia*

**CERTIFICATE OF SERVICE**

I, Erica L. Stone, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 10, 2025, I electronically filed the following **NOTICE OF LODGING** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 10, 2025.

                                                  */s/ Erica L. Stone*
                                                  Erica L. Stone