**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. DERIVATIVE LITIGATION | Case No. CV 22-5336-DMG (AGRx)<br><br>**JUDGMENT** |

Plaintiffs, having moved for final approval of the Settlement set forth in the Stipulation and Agreement of Settlement dated August 21, 2024, and the Court having issued its Order Approving Final Settlement of Consolidated Derivative Action on January 24, 2025 (the "District Court Approval Order"), thereby dismissing the Consolidated Derivative Action with prejudice and directing the Clerk of the Court to enter this Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. This Judgment incorporates by reference the District Court Approval Order; and

2. For the reasons stated in, and pursuant to the terms set forth in, the District Court Approval Order, Plaintiffs' Motion for Final Approval of Derivative Settlement is **GRANTED**; and

3. Plaintiffs' pending request for the Clerk to enter default [Doc. # 19] and Defendant Oleg Firer's pending motion to dismiss [Doc. # 20] are **DENIED as moot**.

DATED: January 24, 2025

_____
Dolly M. Gee
Chief United States District Judge